No. 817. JAMES KENNEY v. UNITED STATES. March 3, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Mr. J. Q. Mahaffy, Mr. John J. King and Mr. W. L. Estes for petitioner. The Solicitor General and Mr. Assistant Attorney General Porter for the United States.

———

No. 826. F. R. GLASCOCK ET AL. v. ELLIS McDANIEL ET AL., MINORS, by J. O. CRAVENS, GUARDIAN. March 3, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. Mr. W. B. Moore and Mr. George S. Ramsey for petitioners. No appearance for respondents.

———

No. 830. LEHIGH VALLEY RAILROAD COMPANY v. NEW JERSEY FIDELITY & PLATE GLASS INSURANCE COMPANY. March 3, 1919. Petition for a writ of certiorari to the Court of Errors and Appeals of the State of New Jersey denied. Mr. Gilbert Collins, Mr. Lindley M. Garrison, Mr. George S. Hobart, Mr. Edgar H. Boles, Mr. Charles A. Boston and Mr. Richard W. Barrett for petitioner. Mr. Jeremiah F. Hoover for respondent.

———

No. 543. GIDEON M. FREEMAN v. UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. C. W. Pendleton, Jr., for petitioner. No brief filed for the United States.

———

No. 810. AMERICAN RAILROAD COMPANY OF PORTO RICO v. PEOPLE OF PORTO RICO. March 10, 1919.

Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.  *Mr. Francis H. Dexter* for petitioner.  *Mr. Edward S. Bailey* and *Mr. Howard L. Kern* for respondent.

——————

No. 818.  FRANCES B. FOSTER, SUING FOR HERSELF AND SURVIVING CHILDREN OF A. G. FOSTER, DECEASED, *v. J. L. LANCASTER ET AL., RECEIVERS, ETC.*  March 10, 1919.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Wm. H. Winter* for petitioner.  *Mr. George Thompson* for respondents.

——————

No. 823.  CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY *v. J. F. MCBRIDE.*  March 10, 1919.  Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied.  *Mr. Thomas S. Buzbee, Mr. Thomas P. Littlepage* and *Mr. Sidney F. Taliaferro* for petitioner. *Mr. Thomas N. Seawell* and *Mr. Frank Pace* for respondent.

——————

No. 824.  RAILROAD COMMISSION OF THE STATE OF CALIFORNIA *v. J. C. ALLEN ET AL.*  March 10, 1919. Petition for a writ of certiorari to the Supreme Court of the State of California denied.  *Mr. Douglas Brookman* for petitioner.  *Mr. Hugh L. Dickson* for respondents.

——————

No. 825.  ELGIN, JOLIET & EASTERN RAILWAY COMPANY *v. UNITED STATES.*  March 10, 1919.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh